IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, MEMPHIS DIVISION

Dorothy Moore,

    PLAINTIFF,

VS.                                                             Case No. 2:21-cv-02575

HSBC Bank, etal,

    DEFENDANTS.

## REPORT OF MEDIATION BY RULE 31 NEUTRAL

The following parties appeared on 7 January 2022 and participated in the Mediation Process by video/telephone:

        Plaintiff's Attorney
        Plaintiff
        Defendants' Attorney
        Defendants' Representative

Settlement Outcome from Mediation:  All issues resolved. Confirmation of settlement received from Defendant's counsel on January 13, 2022.

Mediation Fees:  Standard

                Respectfully Submitted,

                /s/ Clarence Halmon (BPR #5317)
                Clarence Halmon, Rule 31 Neutral
                Falls Building, Suite 790
                22 North Front Street
                Memphis, Tennessee 38103
                (901) 525-3450 / Telephone
                (901) 523-9584 / Fax
                *CHalmon@ArchibaldandHalmon.com* / email

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 14th day of January 2022, I electronically filed the foregoing **USING** the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record in the hereinabove styled matter.

                /s/ Clarence Halmon               .
                Clarence Halmon