# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **DOROTHY L. MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:21-cv-02575-SHL-tmp |
| ) | U.S. District Court Judge Sheryl H. Lipman |
| ) | |
| ) | |
| **PHH MORTGAGE CORPORATION;** ) | |
| **HSBC BANK USA, NATIONAL** ) | |
| **ASSOCIATION, AS TRUSTEE FOR** ) | |
| **ACE SECURITIES CORP., HOME** ) | |
| **EQUITY LOAN TRUST, SERIES 2005-** ) | |
| **HE4; and MACKIE WOLF ZIENTZ &** ) | |
| **MANN**, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties, Plaintiff Dorothy L. Moore, and Defendants, PHH Mortgage Corporation, HSBC Bank USA, National Association, as Trustee for Ace Securities Corp., Home Equity Loan Trust, Series 2005-HE4, and Mackie Wolf Zientz & Mann, P.C. (collectively, the "Parties"), by and through counsel, hereby stipulate to the dismissal of Plaintiff's claims, with prejudice, and state as follows:

1. The Parties have settled the above captioned matter and are executing the necessary settlement agreements.

2. The above captioned matter should be fully and finally dismissed, with prejudice, with each Party to bear its own attorneys' fees and costs as per the proposed Agreed Order of Dismissal. The Parties request that the Court retain jurisdiction for the sole purpose of enforcing the settlement agreement among the Parties.

WHEREFORE, PREMISES CONSIDERED, the Parties jointly pray for the entry of an Agreed Order of Dismissal as pursuant to the provisions hereof, with each Party to bear her or its own cost relative thereto.

THIS, the 6th day of April, 2022.

                                             Respectfully submitted,

*/s/ Joseph V. Ronderos*
Shaun K. Ramey
Joseph V. Ronderos
McGlinchey Stafford
424 Church St., Suite 2000
Nashville, TN 37219
(615) 762-9044 (telephone)
(615) 523-1725 (facsimile)
sramey@mcglinchey.com
jronderos@mcglinchey.com
*Attorneys for PHH Mortgage Corporation and HSBC Bank USA, National Association, as Trustee for Ace Securities Corp., Home Equity Loan Trust, Series 2005-HE4*

*/s/ Rob T. Lieber Jr. (w/ permission JVR)*
Rob T. Lieber Jr.
Mackie Wolf Zientz & Mann, P.C.
7100 Commerce Way, Suite 273
Brentwood, Tennessee 37027
Tel: (615) 238-3630
Email: rliebert@mwzmlaw.com
*Attorney for Mackie Wolf Zientz & Mann*

/s/ *Curtis D. Johnson, Jr. (w/ permission JVR)*
Curtis D. Johnson, Jr.
Johnson & Johnson Attorneys at Law
1407 Union Avenue, Suite 1002
Memphis, Tennessee 38104
Tel: (901) 725-7520
cjohnson@johnsonandjohnsonattys.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send a notification of such filing to the following:

>Curtis D. Johnson, Jr.
>Johnson & Johnson Attorneys at Law
>1407 Union Avenue, Suite 1002
>Memphis, Tennessee 38104
>Tel: (901) 725-7520
>cjohnson@johnsonandjohnsonattys.com
>*Attorney for Plaintiff*
>
>Rob T. Lieber Jr.
>Mackie Wolf Zientz & Mann, P.C.
>7100 Commerce Way, Suite 273
>Brentwood, Tennessee 37027
>Tel: (615) 238-3630
>Email: rliebert@mwzmlaw.com
>*Attorneys for Mackie Wolf Zientz & Mann*

THIS, the 6th day of April, 2022.

*/s/ Joseph V. Ronderos*
Joseph V. Ronderos